IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PNC BANK NATIONAL ASSOCIATION, *as successor-in-interest to BBVA USA*, | § § § § | |
| Plaintiff, | § | Case No. 3:24-cv-01146-E |
| | § | |
| v. | § § | |
| DANNY YOO, | § § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The District Judge has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated April 4, 2025. (ECF No. 13). The District Judge has reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the District Judge accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED,** this 5th day of May, 2025.

Ada Brown
UNITED STATES DISTRICT JUDGE